Judge Richard A. Jones

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   | MOISES ADALBERTO REYES,

No. 2:23-cv-00208-RAJ

10          Plaintiff,

STIPULATED MOTION FOR
DISMISSAL AND ORDER

11      v.

12   | ALEJANDRO MAYORKAS, *et al.*,

13          Defendants.

14

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants

15

jointly stipulate to dismiss this case. Plaintiff brought this litigation pursuant to the

16

Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration

17

Services ("USCIS") to issue a lawful permanent resident ("LPR") card with an adjustment of

18

status date of March 21, 2002. Plaintiff's LPR card was delivered on April 12, 2023, with an

19

admission date of March 21, 2002. Accordingly, the above-captioned action having been

20

resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their

21

own fees or costs.

22

///

23

///

24

STIPULATED MOTION
AND ORDER OF DISMISSAL - 1
(2:23-cv-00208-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Dated: April 19, 2023                    Respectfully submitted,

2                                            NICHOLAS W. BROWN
                                             United States Attorney
3

4                                             s/Michelle R. Lambert
                                             MICHELLE R. LAMBERT, NYS #4666657
5                                            Assistant United States Attorney
                                             United States Attorney's Office
6                                            1201 Pacific Avenue, Suite 700
                                             Tacoma, Washington 98402
7                                            Phone:  253-428-3824
                                             Email:  michelle.lambert@usdoj.gov
8                                            *Attorneys for Defendants*

9                                            BARRAZA LAW, PLLC

10                                            s/Vicente Omar Barraza
                                             VICENTE O. BARRAZA, WSBA #43589
11                                           10728 16TH Ave. SW
                                             Seattle, Washington 98146
12                                           Phone:  206-933-7861
                                             Email:  omar@barrazalaw.com
13                                           *Attorney for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION                                    UNITED STATES ATTORNEY
AND ORDER OF DISMISSAL - 2                           700 STEWART STREET, SUITE 5220
(2:23-cv-00208-RAJ)                                  SEATTLE, WASHINGTON 98101
                                                     (206) 553-7970

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees.

DATED this 20th day of April, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION
AND ORDER OF DISMISSAL - 3
(2:23-cv-00208-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970